UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| ESTATE OF CHERYL R. MOORE and PHILLIP MOORE, | \* | Civ. 14-4176 |
| Plaintiffs, | \* | |
| vs. | \* | |
| KEITH R. CARROLL, MACFARLANE PHEASANTS, INC. and JOHN DOE, | \* | MOTION TO SERVE THIRD-PARTY COMPLAINT |
| Defendants and Third-Party Plaintiffs, | \* | |
| vs. | \* | |
| DOUBLE D SERVICES, INC. and BLOCK DIESEL REPAIR, INC., | \* | |
| Third-Party Defendants. | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Defendants Keith R. Carroll and MacFarlane Pheasants, Inc. hereby move the Court, pursuant to Rule 14(a)(1), for permission to serve its Third-Party Complaint in connection with the above-entitled matter. This Motion is supported by a Brief.

Dated this 26th day of May, 2015.

SIEGEL, BARNETT & SCHUTZ, L.L.P.

/s/ Reed Rasmussen
Reed Rasmussen
Attorneys for Defendants Keith R. Carroll and
  MacFarlane Pheasants, Inc.
415 S. Main Street, 400 Capitol Building
PO Box 490
Aberdeen, SD  57402-0490
Telephone No. (605) 225-5420
Facsimile No. (605) 226-1911
rrasmussen@sbslaw.net